|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VINES OR AGENTINA, LLC., VINES OF ARGENTINA INTERNATIONAL, LLC., and VINOTOURISM ARGENTINA, SRL a Delaware corporation, | CASE NO. 2:22-cv-1619 |
|---|---|
|  | ORDER GRANTING STAY |
| Plaintiffs, |  |
| v. |  |
| BBI ARGENTINA, a Canadian corporation; NADIA BINESH, an individual, and FRANCISCO EVANGELISTA, an individual, |  |
| Defendants. |  |

This matter is before the Court on Plaintiffs' Vines of Argentina, LLC; Vines of Argentina International, LLC; and Vinotourism Argentina, SLR ("Plaintiffs") Motion to Stay. (Dkt. No. 4). Having reviewed the Motion and the docket, the Court GRANTS Plaintiffs' request.

1   The Court hereby STAYS this matter for six (6) months or until service of the
2   international Defendants, whichever is earlier. Plaintiffs must file a status report at six (6)
3   months outlining the progress towards service.
4   The clerk is ordered to provide copies of this order to all counsel.
5   Dated January 12, 2023.

A

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STAY - 2