UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINES OR AGENTINA, LLC., VINES., VINES OF ARGENTINA INTERNATIONAL, LLC.M and VINOTOURISM ARGENTINA, SRL a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>BBI ARGENTINA, a Canadian corporation; NADIA BINESH, an individual, and FRANCISCO EVANGELISTA, an individual,<br><br>      Defendants. | CASE NO. 2:22-cv-1619 MJP<br><br>ORDER EXTENDING STAY |

This matter is before the Court on Plaintiffs' Status Report. (Dkt. No. 8.) On January 12, 2023, the Court entered an Order granting Plaintiffs' Motion to Stay (Dkt. No. 5), while they completed service on the foreign Defendants. The Court stayed the matter for six months or until service of the international Defendants, and ordered Plaintiffs to submit a status report at six months. Plaintiffs submitted their status report on July 12, 2023, and requested the Court extend

1 | the stay as service has not been completed. The Court GRANTS Plaintiffs' request and STAYS
2 | this matter for an additional six months until January 24, 2024, or until service of the
3 | international Defendants, whichever is earlier. Plaintiffs must file a status report on or before
4 | January 24, 2024, outlining the progress towards service.
5 |     The clerk is ordered to provide copies of this order to all counsel.
6 |     Dated July 24, 2023.

                                                  Marsha J. Pechman
                                                United States Senior District Judge