UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINES OF ARGENTINA, LLC., and VINOTOURISM ARGENTINA SRL, <br><br> Plaintiff, <br><br> v. <br><br> BBI ARGENTINA, NADIA BINESH, and FRANCISCO EVANGELISTA,, <br><br> Defendant. | CASE NO. 22-1619 MJP <br><br> ORDER EXTENDING STAY |

This matter is before the Court on Plaintiffs' Status Report. (Dkt. No. 11.) On January 12, 2023, the Court entered an Order granting Plaintiffs' Motion to Stay (Dkt. No. 5), while they completed service on the foreign Defendants. The Court stayed the matter for six months or until service of the international Defendants, and ordered Plaintiffs to submit a status report at six months. Plaintiffs submitted their status report on July 12, 2023, and requested the Court extend the stay as service has not been completed. The Court granted Plaintiffs' request and stayed the matter for an additional six months until January 24, 2024, or until service of the international

ORDER EXTENDING STAY - 1

Defendants, whichever is earlier. Plaintiffs filed a status report on January 24, 2024, outlining the progress towards service and requesting additional time to complete service. The Court GRANTS Plaintiffs' request and STAYS the matter for an additional six months until August 2, 2024, or until service of the international Defendants, whichever is earlier. Plaintiffs must file a status report on or before August 2, 2024, outlining the progress towards service.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 2, 2024.

Marsha J. Pechman
United States Senior District Judge