UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINES OF ARGENTINA, LLC., and VINOTOURISM ARGENTINA SRL,<br><br>Plaintiffs,<br><br>v.<br><br>BBI ARGENTINA, NADIA BINESH, and FRANCISCO EVANGELISTA,<br><br>Defendants. | CASE NO. 2:22-cv-1619<br><br>ORDER EXTENDING TIME TO RESPOND |

This matter comes before the Court on the Motion to Extend Time to Respond, stipulated to by Defendants BBI Argentina and Nadia Binesh and Plaintiffs Vines of Argentina LLC and Vinotourism Argentina SRL. (Dkt. No. 20.) Having reviewed the Motion and all supporting documents, the Court GRANTS the Motion. Defendants BBI Argentina and Nadia Binesh have until October 21, 2024, to move, plead, or otherwise respond to Plaintiffs' Complaint.

The Court further notes that Plaintiffs have previously represented that they are in contact with counsel for Defendant Evangelista. (See Dkt. Nos. 8, 11 at 1–2 ("Plaintiffs have been

ORDER EXTENDING TIME TO RESPOND - 1

informed that they have completed service on Evangelista. Counsel for Evangelista (who has not yet entered an appearance) has been in contact with counsel for Plaintiffs.").) Now that Defendants BBI Argentina and Binesh have been served and have retained counsel of record, the stay in this case is lifted. (See Dkt. Nos. 5, 10, 12 (ordering and then extending stays "for six months or until service of international Defendants.").) Accordingly, Defendant Evangelista must now answer the complaint that he has been purportedly aware of for the better part of two years.

The Court extends the deadline for Defendant Evangelista to respond to the complaint until October 21, 2024. The Court ORDERS Plaintiffs to (1) file an affidavit of service reflecting its accepted service of the summons and complaint upon Defendant Evangelista; and (2) contact counsel for Evangelista to inform them of the deadline set in this Order and provide them with a copy of this Order. Plaintiffs must do so by Tuesday, October 15.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 11, 2024.

Marsha J. Pechman
United States Senior District Judge