UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINES OF ARGENTINA, LLC., and VINOTOURISM ARGENTINA SRL,<br><br>Plaintiffs,<br><br>v.<br><br>BBI ARGENTINA, NADIA BINESH, and FRANCISCO EVANGELISTA,<br><br>Defendants. | CASE NO. 2:22-cv-1619<br><br>ORDER EXTENDING TIME TO RESPOND |

This matter comes before the Court on the Parties' Stipulated Motion Extending Time and Tolling Certain Deadlines. (Dkt. No 23.) The Court GRANTS IN PART the Motion. Defendants BBI Argentina and Nadia Binesh must move, plead, or otherwise respond to the complaint by November 20, 2024.

However, the Court declines to toll the deadlines set by its Order Regarding Initial Discolsures and Joint Status Report (Dkt. No. 17), until the resolution of Defendant's future

ORDER EXTENDING TIME TO RESPOND - 1

motion to dismiss. Instead, the Parties are ORDERED to submit their Joint Status Report for the Court's review no later than December 4, 2024.

The Court notes that these deadlines apply only to Plaintiffs and Defendants BBI Argentina and Nadia Binesh. The Court will issue a separate order discussing Defendant Evangelista's status in this case.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 5, 2024.

Marsha J. Pechman
United States Senior District Judge