THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINES OF ARGENTINA, LLC, VINES OF ARGENTINA INTERNATIONAL, LLC, and VINOTOURISM ARGENTINA, SRL a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BBI ARGENTINA, a Canadian corporation; NADIA BINESH, an individual, and FRANCISCO EVANGELISTA, an individual,<br><br>Defendants. | Case No. 2:22-cv-01619-MJP<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING THE NOTING DATE TO DECEMBER 31, 2024**<br><br>*[CLERK'S ACTION REQUIRED]* |

This matter came before the Court upon the parties' Stipulated Motion for Extension of Time for Plaintiffs to File Response to Defendants' Motion to Dismiss. (Dkt No. 29.) For good cause shown, the Court GRANTS the Motion. The new deadline for Plaintiffs to respond to Defendants' Motion to Dismiss is December 18, 2024. The Clerk shall re-note the Defendants' Motion to Dismiss for December 31, 2024, and any reply shall be filed on the noting date.

IT IS SO ORDERED.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING THE NOTING DATE TO DECEMBER 31, 2024 - 1

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

127699.0017/9955295.1

DATED this 5th day of December, 2024.

*[signature]*

Honorable Marsha J. Pechman
United States District Judge

Presented by:

LANE POWELL PC

s/ Kenneth R. Davis II
Kenneth R. Davis II, WSBA No. 21928
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
davisk@lanepowell.com

Attorneys for Plaintiffs Vines of Argentina, LLC;
Vines of Argentina International, LLC; and Vinotourisum Argentina, SRL

TOMLINSON BOMSZTYK RUSS

s/ Blair M. Russ
Blair M. Russ, WSBA No. 40374
David Vaz, WSBA No. 60480
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Telephone: 206.621.1871
bmr@tbr-law.com
dv@tbr-law.com

Attorneys for Defendants BBI Argentina and Nadia Binesh

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND RESCHEDULING THE NOTING DATE TO DECEMBER 31, 2024 - 2

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

127699.0017/9955295.1